## Commonwealth v. Lexington & Eastern Railway Company.

(Decided December 17, 1915.)

### Appeal from Lee Circuit Court.

Appeal and Error—Briefs—Failure to File.—Where appellant has filed no brief specifying the errors for which a reversal is asked, it will be presumed that no errors exist and that the judgment is correct.

T. C. JOHNSON and M. M. LOGAN, Assistant Attorney General, for appellant.

SAMUEL M. WILSON, BENJ. D. WARFIELD, SAM HURST and G. W. GOURLEY for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Affirming.

Appellee, Lexington & Eastern Railway Company, was indicted under section 772-a, Kentucky Statutes, for a failure, on August 21st, 1914, to run and operate a passenger or a mixed train over a certain portion of its road exceeding five miles in length. On the trial before a jury defendant was acquitted. The Commonwealth appeals.

No brief has been filed for appellant. In the absence of a brief specifying the errors for which a reversal is asked, it will be presumed that no errors exist and that the judgment is correct. Continental Insurance Co. v. Ramsey, 160 Ky., 441; Crawford v. Wiedemann, 158 Ky., 33; Brown v. Daniels, 154 Ky., 267.

Judgment affirmed.